IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

Plaintiff,

v.                                                        No. 11-cr-30076-DRH

**CHRISTOPHER MCCOY,**

Defendant.

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is defendant Christopher McCoy's' motion to continue the sentencing hearing (Doc. 27) currently set for January 13, 2012. Counsel informs the Court he is scheduled to appear at the same date and time for an unrelated sentencing. For the reasons stated in the motion, the Court **GRANTS** the motion. The Court **CONTINUES** the sentencing hearing to **Friday, January 27, 2012, at 11:00 a.m.**

**IT IS SO ORDERED.**

Signed this 5th day of January, 2012.

David R. Herndon
2012.01.05 07:26:55
-06'00'

**Chief Judge**
**United States District Court**